UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAX GREGORY SCHULER,                                    CIVIL ACTION

                                                       NO. 2:23-cv-04735

VERSUS


                                                       JUDGE: CARL J.
USAA GENERAL                                           BARBIER
INDEMNITY COMPANY,
                                                       MAGISTRATE
                                                       JUDGE: KAREN
                                                       WELLS ROBY

**ORDER**


IT IS HEREBY ORDERED that in the above entitled and captioned matter, Motion to

Withdraw as Counsel of Record **(Rec. Doc. 13)** is Granted. Rachel Jokinen shall be withdrawn

as counsel or record for Plaintiff.

New Orleans, Louisiana, this 8th day of April, 2024.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE